**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH LEO FIORELLA, | ) No. CV 15-9027-MCS (JPR) |
| Petitioner, | ) **ORDER ACCEPTING MAGISTRATE** |
| v. | ) **JUDGE'S REPORT AND RECOMMENDATION** |
| ROB ST. ANDRE, Warden, | ) |
| Respondent. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Petition, the other records on file herein, and the Magistrate Judge's Report and Recommendation. The Court accepts the findings and recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED THAT:

1. Respondent's motion to dismiss is granted and the Second Amended Petition is denied with prejudice.

2. Judgment be entered consistent with this order.

3. The clerk serve this Order on all counsel or parties of record.

DATED: March 21, 2025

_____
MARK C. SCARSI
U.S. DISTRICT JUDGE