JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH LEO FIORELLA, | Case No. CV 15-9027-MCS (JPR) |
| Petitioner, | |
| v. | **J U D G M E N T** |
| ROB ST. ANDRE, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation,

IT IS HEREBY ADJUDGED that the Second Amended Petition is DENIED and this action is dismissed with prejudice.

DATED: March 21, 2025

*/s/ Mark C. Scarsi*
MARK C. SCARSI
U.S. DISTRICT JUDGE